**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAY HESTIR**                                                                               **PLAINTIFF**

**v.**                                      **Case No. 4:19-cv-00067-LPR**

**USAble Life**                                                           **DEFENDANT**

## **JUDGMENT**

In accordance with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff Jay Hestir's Brief and Motion for Judgment on the Record (Doc. 30) is DENIED with prejudice, and (2) USAble Life's Counter Motion for Judgment on the Record (Doc. 35) is GRANTED.  Judgment is entered in favor of USAble Life.

IT IS SO ADJUDGED this 30th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE